IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on November 1, 2000

Aames Capital Corporation, DBA Aames Home Loan

(Assignor)

Witness

By: _____

Witness                                          Francis Damano, Assistant Secretary

By: _____

Attest                                           , Assistant Secretary

Seal:

This Instrument Prepared By:    **PREPARED BY AAMES**      , address:
**350 S. GRAND AVE., 42nd FL.**   , tel. no.:
**LOS ANGELES, CA 90071**

DOC #:704642 APPL #:0007985940

___.995(PA)   (9710)        DR01 9710                    Page 2 of 3

```
50483567
Page: 5 of 7
02/07/2002 12:09P
```

## ASSIGNMENT OF MORTGAGE

**BETWEEN:**

AAMES FUNDING CORPORATION, DBA AAMES HOME LOAN

**AND:**

AAMES CAPITAL CORPORATION, DBA AAMES HOMES LOAN

### CERTIFICATE OF RESIDENCE

I, Josephine Naces do hereby certify that Assignee's precise residence is **350 South Grand Avenue, 42nd Floor, Los Angeles, CA 90071.**

Josephine Naces, Assistant Secretary               Dated: November 7, 2001

50403566
Page: 5 of 7
02/07/2002 12:69P

Recording Requested By/Return To: **Aames Capital Corporation**    350 S. Grand Ave., L.A. CA 90071

Bankers Trust Company of California, N.A. in Trust for the benefit of the holders of Aames Mortgage
Trust 2000-2 Mortgage Pass-Through Certificates, Series 2000-2, C/O Countrywide Home Loans
SV-79, 1800 Tapo Canyon Road, Simi Valley, CA 93065

Parcel Number:    343184000

# ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is
350 South Grand Avenue, Los Angeles, CA 90071                     , does hereby grant, sell,

assign, transfer and convey, unto                                        , a corporation

organized and existing under the laws of                          (herein "Assignee"), whose
address is

a certain Mortgage dated October 26, 2000                  , made and executed by
WENDY N PALMER

whose address is 7510 WOODCREST AVE, Philadelphia, PA 19151
to and in favor of Aames Funding Corporation, DBA Aames Home Loan

following described property situated in Philadelphia                              upon the
Commonwealth of Pennsylvania:                                                     County,
As per Exhibit "A" attached hereto and made a part hereof

Recorded 11-7-00
Inst- 5016-6698

such Mortgage having been given to secure payment of Eighty Four Thousand Dollars &
No/Cents                                    ($ 84,000.00                          )
                        (Include the Original Principal Amount)
which Mortgage is of record in Book, Volume, or Liber No.
No.                  ) of the                    Records of          , at page          (or as
County, Commonwealth of Pennsylvania, together with the note(s) and obligations therein described and the
money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage.
TO HAVE AND TO HOLD the same unto Assignee, its successor and assigns, forever, subject only to the
terms and conditions of the above-described Mortgage.

Pennsylvania Assignment of Mortgage
-995(PA) (9710)    UM31 9710    10/97         DOC #:704641 APPL #:0007985940
Page 1 of 3                    Initials:
VMP MORTGAGE FORMS - (800)521-7291

50403567
Page: 3 of 7
02/07/2002 12:09P

City of Philadelphia Department of Records

AA0002

## RECORDING INFORMATION SUMMARY (RIS)

The information provided by you will be relied upon by the Department of Records for examination and indexing purposes. If there is any conflict between the RIS and the attached document, the information on the RIS shall prevail for examination and indexing purposes.

**1) RETURN DOCUMENT TO:**
Name:     AAMES CAPITAL CORPORATION
Address:  c/o Collateral Control Department
          350 S. Grand Avenue 42nd floor
          Los Angeles, CA 90071
Telephone:

**2) Type of Document:**
- [ ] Deed
- [ ] Sheriff's Deed
- [ ] Deed of Condemnation
- [ ] Other Deed
- [ ] Mortgage
- [ ] Release of Mortgage
- [X] Assignment of Mortgage
- [ ] Satisfaction of Mortgage
- [ ] Lease/Memorandum of Lease
- [ ] Assignment of Lease & Rent
- [ ] Easement
- [ ] Other _____ (specify)

**3) Date of Document:**  10 / 26 / 2000
                          month  day  year

**4) Grantor/Mortgagor/Assignor/Lessor/**
Other:                                        a)  Palmer Wendy N.
(Last Name First Name Middle Initial)         b)

**5)** [ ] Additional names on Continuation Page of RIS

**6) Grantee/Mortgagee/Assignee/Lessee/**
Other:                                        a)  Aames Funding Corp. DBA Aames Home Loan
(Last Name  First Name  Middle Initial)       b)

**7)** [ ] Additional names on Continuation Page of RIS

**8) Property Address:**
a) House No. & Street Name:        7510 Woodcrest Ave.
   Condo Name(if applicable):              Unit #              Philadelphia, PA    Zip Code: 19151 -
   BRT Account # (optional):            Parcel Identification Number (PIN) (optional):

**9)** [ ] Additional addresses on Continuation Page of RIS

**10) Grantee's Mailing Address (Deed Only):**
(If Grantee is at a different address than the Property Address listed in Section 8, complete this section.)
a) Grantee or Designee Name:
   House No.  & Street Name:
   City:                                State:              Zip Code:            -

**11) Recording Information to be Referenced.  Mortgage to be released/satisfied/assigned/modified:**
a) Name of Original Mortgage:  Aames Funding Corp. DBA Aames Home Loan     Recorder's Index Information of Original Mortgage:
   Recording Date of Original Mortgage:  11 / 07 / 2000                    50166698
                                         month  day  Year                 Initials, Book and Page or Doc. ID#

**12)** [ ] Additional references on Continuation Page of RIS

**13)** If applicable, please check:  [ ] Consolidation     [ ] Subdivision

**14) Signature Information**

for Records Department use only

a) 'OR -or- 'EE Name

b) 'OR -or- 'EE Telephone Number

c) 'OR -or- 'EE Signature

50403566
Pg: 1 of 7
02/07/2002 12:09PM

This Document Recorded
02/07/2002
12:09PM
Doc Code: A

Doc Id: 50403566
Receipt #: 142221
Rec Fee: 43.50
Commissioner of Records, City of Philadelphia

**15)** Page 1  of

82-337 (Rev. 01/01/01)


**City of Philadelphia Department of Records**

## RECORDING INFORMATION SUMMARY (RIS)

| Type of Document from Section 2: | Assignment of Mortgage |
|---|---|

| Copy Name from Section 4a: | Copy Name from Section 6a: |
|---|---|
| Palmer Wendy N. | Aames Funding Corp. DBA Aames Home Loan |

| 4) | Grantor/Mortgagor/Assignor/Lessor/ Other: | (c) | |
|---|---|---|---|
| | Cont'd | (d) | |
| | *(Last Name First Name Middle Initial)* | (e) | |
| | | (f) | |

| 6) | Grantee/Mortgagee/Assignee/Lessee/ Other: | (c) | |
|---|---|---|---|
| | Cont'd | (d) | |
| | *(Last Name First Name Middle Initial)* | (e) | |
| | | (f) | |

**8) Property Address:**

| a) | House No. & Street Name: | 7510 Woodcrest Ave. | | | |
|---|---|---|---|---|---|
| | Condo Name(if applicable): | | Unit # | Philadelphia, PA | Zip Code: 19151 — |
| | BRT Account # (optional): | | Parcel Identification Number (PIN) (optional): | | |
| b) | House No. & Street Name: | | | | |
| | Condo Name(if applicable): | | Unit # | Philadelphia, PA | Zip Code: — |
| | BRT Account # (optional): | | Parcel Identification Number (PIN) (optional): | | |
| c) | House No. & Street Name: | | | | |
| | Condo Name(if applicable): | | Unit # | Philadelphia, PA | Zip Code: — |
| | BRT Account # (optional): | | Parcel Identification Number (PIN) (optional): | | |

**11) Recording Information to be Referenced. Mortgage to be released/satisfied/assigned/modified:**

| b) | Name of Original Mortgagee: | Aames Funding Corp. DBA Aames Home Loan | | | | Recorder's Index Information of Original Mortgage: |
|---|---|---|---|---|---|---|
| | Recording Date of Original Mortgage: | 11 / month | 07 / day | 2000 year | | 50166698 |
| | | | | | | Initials, Book and Page *or* Doc. ID# |
| c) | Name of Original Mortgagee: | | | | | Recorder's Index Information of Original Mortgage: |
| | Recording Date of Original Mortgage: | / month | / day | year | | Initials, Book and Page *or* Doc. ID# |
| d) | Name of Original Mortgagee: | | | | | Recorder's Index Information of Original Mortgage: |
| | Recording Date of Original Mortgage: | / month | / day | year | | Initials, Book and Page *or* Doc. ID# |

| 5) Page | of | | for Records Department use <u>only</u> |
|---|---|---|---|

50403566
Page: 2 of 7
02/07/2002 12:03P

Recording Requested By/Return To:    Aames Funding Corporation,DBA Aames Home Loan,
350 South Grand Avenue, Los Angeles, CA 90071
Parcel Number:    343184000

# ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is
350 South Grand Avenue, Los Angeles, CA 90071
, does hereby grant, sell,
assign, transfer and convey, unto Aames Capital Corporation, DBA Aames Home Loan
, a corporation
organized and existing under the laws of   the state of California    (herein "Assignee"), whose
address is   ,   .    350 S. Grand Ave., L.A. CA 90071
a certain Mortgage dated October 26, 2000                , made and executed by
WENDY N PALMER

whose address is  7510 WOODCREST AVE, Philadelphia, PA  19151
to and in favor of Aames Funding Corporation,DBA Aames Home Loan
following described property situated in  Philadelphia                                    upon the
Commonwealth of Pennsylvania:                                                              County,
As per Exhibit "A" attached hereto and made a part hereof
Rec.  11/01/2000
Inst. #5016-6698
Book  N/A
Page  N/A

such Mortgage having been given to secure payment of  Eighty Four Thousand Dollars &
No/Cents                                              ($ 84,000.00                    )
(Include the Original Principal Amount)
which Mortgage is of record in Book, Volume, or Liber No.          , at page
No.                   ) of the          Records of                     (or as
County, Commonwealth of Pennsylvania, together with the note(s) and obligations therein described and the
money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage.
TO HAVE AND TO HOLD the same unto Assignee, its successor and assigns, forever, subject only to the
terms and conditions of the above-described Mortgage.

Pennsylvania Assignment of Mortgage
-995(PA)  (9710)   D901 9710   10/97         DOC #:046901 APPL #:0007985940
Page 1 of 3                    Initials:
VMP MORTGAGE FORMS - (800)521-7291



50403568
Page: 3 of 7
02/07/2002 12:09P

## ASSIGNMENT OF MORTGAGE

BETWEEN:

AAMES CAPITAL CORPORATION, DBA AAMES HOME LOAN

AND:

BANKERS TRUST COMPANY OF CALIFORNIA

### CERTIFICATE OF RESIDENCE

I, Josephine Naces do hereby certify that Assignee's precise residence is **1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93065.**



_____
Josephine Naces, Assistant Secretary

Dated: November 7, 2001

56403567
Page: 4 of 7
02/07/2002 12:00P

CERTIFIED MAIL

9589 0710 5270 1515 4459 56

Wendy N. Palmer, *aka* Wendy Palmer
7510 Woodcrest Avenue
Philadelphia, PA 19151

Dovenmuehle Mortgage, Inc. (SEC CIK: 0000875968)
1 Corporate Dr. St 360
Lake Zurich, IL 60047

Dovenmuehle Mortgage Inc (SEC CIK: 0000875968)
c/o MANLEY DEAS KOCHALSKI LLC
P.O. BOX 165028
COLUMBUS OH 43216-5028

MGC Mortgage, Inc.
1 Corporate Drive , Suite 360
Lake Zurich, IL 60047-8945

MGC Mortgage, Inc.
Jacob Cherner
7195 Dallas Pkwy
Plano, TX, 75024-4922

CLMG Corp.
7195 Dallas Parkway
Plano, TX 75024

Loan No: 1424085643

DATE \@ "M/d/yyyy h:mm am/pm" 8/24/2024 1:22 PM

Loan Number: 9701381023 (Dovenmuehle)
1424085643 (MGC)

REQUEST FOR VALIDATION
inquiry dated February 9, 2024 (MGC); April 15, 2024 (MDK); August 07, 2024 (MGC); 02/07/2024; 06/07/2024 (Shellpoint):

: account no.: (none)

Greetings:

Thank you for your recent inquiries.  This is not a refusal to pay, but a notice that your claim is disputed.  This is a **Request for Validation** made pursuant to the Fair Debt Collection Practices Act 15 U.S.C. §§ 1692-1692p, and 12 C.F.R. Part 1006 – Regulation F – Subpart B, with particular attention to § 1006.34.

**Please be advised that I AM NOT requesting a "verification" that you have my mailing address, I am requesting a "VALIDATION" that is, competent evidence that I have some contractual obligation to pay you.**





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Lake Zurich IL 6004

Certified Mail Fee   $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage   $0.73

Total Postage and Fees
$9.68

William Mynatt CEO MG/Borenmenble
Corp DT #360
Lake Zurich IL 60047-8945

PS Form 3800, January 2023

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO  64064-8010

July 6, 2023

**U.S. Citizenship and Immigration Services**

Control Number: NRC2023197531

WENDY FITZGERALD PALMER
7510 WOODCREST AVE
PHILADELPHIA, PA 19151

Dear WENDY FITZGERALD PALMER:

This letter is in response to your request for records under the  Freedom of Information Act (FOIA) or Privacy Act (PA), which was received in this office on June 25, 2023, regarding your Birth Certificate, Citizenship Status for: Wendy Nadine Fitzgerald; Wendy N Palmer; Palmer, Wendy Nadine; Fitzgerald, Wendy Nadine; Wendy Nadine Fitzgerald Palmer, a Non-Citizen National, and I-94.

We have completed a search of Person-Centric Identity Services (PCIS). No records responsive to your request were located. If you have reason to believe that responsive records do exist, and you can provide us with additional information, we will conduct another search. Please forward the additional information to the address listed above and reference the control number which appears on this correspondence. If, after the second search no responsive records are located, you will be notified. At that time, you may appeal the determination by following the directions set forth below.

You have the right to file an administrative appeal within 90 days of the date of this letter.  By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal by mail to USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison at U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010, or by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

<u>How to Submit Questions or Changes</u>

NRC2023197531
Page 2

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov.  All FOIA/PA related requests, including address changes, must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence with this office.  For more information regarding the USCIS FOIA Program, please visit uscis.gov/foia.

Sincerely,

*Cynthia Munita*

Cynthia Munita
Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

Form **56**
(Rev. November 2022)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code Sections 6036 and 6903)

Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

| Part I | Identification |
| --- | --- |

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
| --- | --- | --- |
| WENDY NADINE FITZGERALD PALMER | 192606657 | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)
7510 Woodcrest Ave

City or town, state, and ZIP code (If a foreign address, see instructions.)
Philadelphia, PA 19151

Fiduciary's name
Queen Y'Dnew de Palma of the Palmer Estate and Trust

Address of fiduciary (number, street, and room or suite no.)
c/o 7510 Woodcrest Ave

| City or town, state, and ZIP code | Telephone number (optional) |
| --- | --- |
| Philadelphia, PA 19151 | ( 267 )  235-9932 |

## Section A.  Authority

**1**  Authority for fiduciary relationship. Check applicable box:

**a** ☐ Court appointment of testate estate (valid will exists)

**b** ☐ Court appointment of intestate estate (no valid will exists)

**c** ☐ Court appointment as guardian or conservator

**d** ☐ Fiduciary of intestate estate

**e** ☐ Valid trust instrument and amendments

**f** ☐ Bankruptcy or assignment for the benefit of creditors

**g** ☑ Other. Describe: All and any tax filings from 05/18/1983 to 12/31/2030 ~~Trustee/ Executor, Durable POA In Fact/ Custodian~~

**2a** If box 1a, 1b, or 1d is checked, enter the date of death: _____

**b** If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets: _____

*INTERNAL REVENUE SERVICE*
*TAXPAYER SERVICES*
*PHILADELPHIA, PA*

**OCT 1 5 2024**

*PROOF OF DELIVERY*
*141003*
*NOT AN OFFICIAL RECEIPT*

## Section B.  Nature of Liability and Tax Notices

**3**  Type of taxes (check all that apply): ☑ Income  ☑ Gift  ☑ Estate  ☑ Generation-skipping transfer  ☑ Employment
☑ Excise  ☑ Other (describe): All and any tax filings from 05/18/1983 to 12/31/2030

**4**  Federal tax form number (check all that apply): **a** ☑ 706 series  **b** ☑ 709  **c** ☑ 940  **d** ☑ 941, 943, 944
**e** ☑ 1040 or 1040-SR  **f** ☑ 1041  **g** ☑ 1120  **h** ☑ Other (list): All and any tax filings from 05/18/1983 to 12/31/2030

**5**  If your authority as a fiduciary does not cover all years or tax periods, check here  . . . . . . . . . . .  ☐
and list the specific years or periods within your authority: _____
_____

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.

Cat. No. 16375I

Form **56** (Rev. 11-2022)

Form 56 (Rev. 11-2022)  Page **2**

| Part II | Revocation or Termination of Notice |
|---|---|

### Section A—Total Revocation or Termination

6   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . ☐

Reason for termination of fiduciary relationship. Check applicable box:

a ☐ Court order revoking fiduciary authority
b ☑ Certificate of dissolution or termination of a business entity
c ☑ Other. Describe: All Federal Reserve Banks, all affiliated banks past and present, Social Security Administration, State of PA, The United States, Washington, D.C;
   See Below for additional information

### Section B—Partial Revocation

7a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . ☐

b   Specify to whom granted, date, and address, including ZIP code.

### Section C—Substitute Fiduciary

8   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . ☐

| Part III | Court and Administrative Proceedings |
|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| Queen Y'Dnew of the Palmer Estate and Trust | 05/18/1983 |

| Address of court | | Docket number of proceeding |
|---|---|---|
| 10 Jalan Eco Majestic 7/1A, Mellowood Eco Majestic, Bx 154 | | 98-1815506 |

| City or town, state, and ZIP code | Date | Time | | Place of other proceedings |
|---|---|---|---|---|
| 43500 Semenyih, SGR, Malaysia | 03/01/2023 | 8:00 | ☑ a.m. ☐ p.m. | |

| Part IV | Signature |
|---|---|

Please Sign Here

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

*Queen Y'Drew* Fiduciary's signature    Trustee/Executor/ Custodian  Title, if applicable    10/01/24  Date

Form 56 (Rev. 11-2022)

**Part II Revocation or Termination of Notice**

C. All Federal Reserve Banks, all affiliated banks past and present, Social Security Administration, State of PA, The United States, Washington, D.C;

All Administration Departments, Divisions and Agents assigned to the United States. All States of the United States, All previous companies, programs ( state federal or local) agents, agencies that are on record with the IRS and the Master File associated with the person this is acting upon. All bonds/ legal demand payments released and returned to the Principal.

States of NY, PA, DE, MD, VA, NC and FL any and all court proceedings ( County, Municipal, State , Federal and Sheriffs) in these states specified. Philadelphia Parking Authority.

Any and all presiding Judges, Masters, Hearing Officers, Magisterial, State AG, Dept of Revenues, Phila School District, Universities Attended and or applied, City DA, Sec of State of NY, PA, DE, MD, VA, NC and FL.

*[handwritten: UCC¹ 1017 1450 0000059 254529]*
*[handwritten: Colorado Sec. of State]*
*[handwritten: 10/25/23 8:24AM]*
*[handwritten: Validation# 2023101252]*

# Common Law Copyright Notice

**Common Law Copyright Notice**: All rights reserved re; common-law copyright of trade name/trademark, **WENDY NADINE PALMER; WENDY N FITZGERALD PALMER; WENDY P MARTIN; WENDY PALMER MARTIN; WENDY PALMER SMITH; WENDY P SMITH; WENDY N FITGERALD PALMER; WENDY N FITZGERALD**© as well as any and all derivatives and variations in the spelling of said trade-names/trademarks - Copyright **1965 -(18th MAY)** by 'Wendy Nadine Fitzgerald Palmer'. Said trade-names/trademarks, ©, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of '**Wendy Nadine Fitzgerald Palmer**' as signified by the Blue ink signature of '**Wendy N Palmer**', hereinafter 'Secured Party.' With the intent of being contractually bound, any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any manner, the trade-name/trademark, nor common-law copyright described herein, nor any derivative of, nor any variation in the spelling of, said name without prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in Blue-ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of '**WENDY NADINE PALMER**'©, and all such unauthorized use is strictly prohibited. Secured Party, under necessity, is accommodation party, and a surety for the purported debtor, i.e. "**WENDY NADINE PALMER** ©" nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by Debtor, i.e. **WENDY NADINE PALMER**©" in Hold-harmless and Indemnity Agreement No. **200011(00083396-1)1199999** dated at the time of notarizing; against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever.

Self-executing Contract / Security Agreement in Event of Unauthorized Use: By this Copyright Notice, both the Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "User," consent and agree that any use of '**WENDY N PALMER**©', other than authorized use as set forth above; constitutes unauthorized use of Secured Party's copyrighted property and contractually binds User. This Notice by Declaration becomes a Security Agreement wherein User is a debtor and '**Wendy Nadine Palmer**' is Secured Party, and signifies that User: *(1)* grants Secured Party a security

interest in all of User's property and interest in property in the sum certain amount of $500,000.00 per each trade name/trademark used, per each occurrence of use (violation/infringement), plus triple damages, plus costs for each such use, as well as for each and every use of any and all derivatives of, and variations in the spelling of, **'WENDY N PALMER©'**; (2) authenticates this Security Agreement wherein User is debtor and 'Upper and Lower Case Name Here' is Secured Party, and wherein User pledges all of User's property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing Users contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement wherein User is debtor and **'WendyN Palmer'** is Secured Party; (4) consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in Security Agreement described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)," as well as in paragraph "(4)," and the filing of any Security Agreement, as described above in

1 –Common Law Copyright Notice Item #__**00083396-1**_____

paragraph "(2)," in the UCC filing office; (6) consents and agrees that any and all such filings described in paragraph "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms,' with full authorization and power granted Secured Party for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. User further consents and agrees with all of the following

additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use.

**Default Terms**:

In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and (a) all of User's property and interest in property pledged as collateral by User, as set forth in above in paragraph "(2)," immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and interest in property formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate.

**Terms for Curing Default**: Upon event of default, as set forth above under "Default Terms," irrespective of any and all of Users former property and interest in property in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms," User may cure User's default re only the remainder of User's former property and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full.

**Unauthorized use: payment terms**; in accordance with fees for unauthorized use of DEBTORS NAME as set forth above the user hereby consent and agrees that users shall pay secured party all un-authorized use fees in full within 10 days of date of secured party's invoice, hereinafter "invoice", itemizing said fees, as sent and received by tort feasor.

**Terms of Strict Foreclosure**: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty (20) day strict-foreclosure period. Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office.

**Colorado State Dept of State  Registration # 20232101252**

**This Copyright Upholds, Rights of Publicity on all Biometrics, All DNA, Human Tissues of all kinds used for research and or resale by any institution of medical, research or education done without the knowledge and or compensation of its owner(s).**

Record Owner: Secured Party/Creditor; '**Wendy Nadine Palmer**', Autograph Common Law Copyright **1965**.

Copyrighted Date _____September 14_____, 2023

Without Prejudice/Without Recourse

..Wendy Nadine Fitzgerald Palmer - Secured Party, Authorized Representative, Attorney-In-Fact on behalf of DEBTOR NAME HERE©, Ens legis

**ACKNOWLEDGEMENT**

) Scilicet

SUBSCRIBED TO AND SWORN before me this 24th day of September 2023 A.D. 2023, a Notary, that _Wendy Nadine Palmer_, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____ Seal;

County of _Montgomery_____ state ) PA

Notary Public

My Commission expires _3|11|2027_.

Commonwealth of Pennsylvania-Notary Seal
LU KNECHT, NOTARY PUBLIC
MONTGOMERY COUNTY
MY COMMISSION EXPIRES MARCH 11, 2027
COMMISSION NUMBER 1274916

# DURABLE POWER OF ATTORNEY

Made by Queen Y'Dnew of the Palmer Estate and Trust
Obo WENDY NADINE FITZGERALD PALMER Beneficiary
7510 Woodcrest Ave Philadelphia, PA 19151
484-550-9574
thepalmerestateandtrust@aol.com

\*\*\*\*\*

# Section 1: Definitions

**Important note: these definitions apply both within the agent/principal relationship and without**

**Client:**
Someone who is being assisted to present themselves. This term indicates absolutely no degradation of character or ability and simply means someone who is getting assistance while simultaneously educating themselves in law and statute. NO CLIENT, WITHIN THIS AGREEMENT, IS A CHILD, INFANT, RETARDED OR OF UNSOUND MIND.

**Ens legis:**
A creature of the law; an artificial being, as contrasted with a natural person. Applied to corporations, considered as deriving their existence entirely from the law. -Black's Law 4th Edition

**Novation:**
Defined as a change in a contract, partial or full.

**Signature:**
Confirming agreement or acceptance. If involving a negotiable instrument, it would be an endorsement.

**Endorsement:**
Any writing placed on a negotiable instrument for the purpose of assigning, transferring, or redeeming the security or granting a power to assign, transfer, or redeem it.

The default signature or endorsement for all documents WILL NEVER BE A BLANK ENDORSEMENT (unless explicitly endorsed with "Pay to the order of: bearer" and also has an allonge describing why it is being endorsed that way). All previous, current and future endorsements are now defaulted to:

WITHOUT RECOURSE
Pay to the order of:
WENDY NADINE FITZGERALD PALMER
By: /s/ Queen Y'Dnew, agent/ attorney in fact

INTERNAL REVENUE
TAXPAYER SERVICE
PHILADELPHIA, PA
OCT 29 2024
PROOF OF DELIVERY
141007
NOT AN OFFICIAL RECEIPT

— —

**Artificial entity:**
An estate, company, association, partnership, corporation, trust or other entity indicating a collective body of individuals. These bodies are "persons" if they operate entirely and completely within the confines of the definitions of "nation" and "peace," which are both locatable in this dictionary of terms. But the word "person" will no longer be used and, in the interest of creating clear contracts, the word "entity" will be used when not a man or woman.

**Autograph:**
A cursive writing, using a pen and paper, unique to each living man or woman, of some sort of artistic symbolism that proves their identity due to the unique style in which it is written. An autograph is never on behalf of an artificial entity and is always a representation of the living man or woman who made it.

**De facto:**
The corporate world that is under the Crown of England. The entire structure that was created under the Crown and is offered as a structure for Commerce. People can voluntarily contract into this system as they want in an effort to have a pre-built structure that they may plug into for ease-of-use, support, etc.

**De jure:**
The non-corporate world that has nothing to do with the statutes, rules and boundaries set up by the Crown. Operating entirely in a new space where you create your own rules and boundaries. Your "Codes" are created by you and used to contract as you see fit. The de jure is governed by Common Law which is simply don't hurt people or their property and be transparent in your offers and contracts. The de jure is where international law occurs and is based entirely on nation-to-nation diplomatic relations.

**"person," "human being" and "individual":**
These words/terms are defined as: a nothingness which produces a somethingness. The seat of creativity. This is not the brain, nor the body, but is a potential consciousness that has no space, no wavelength, no mass and no location. This essence contains the decisions and definitions associated with interaction, identity, ethics, morals and integrity.

**Ethics:**
What the individual considers right/wrong (and why).

**Morals:**
The spoken AND UNSPOKEN ideas of what a group considers right/wrong (and why).

**Banking:**
The operation of electrical energy translated to the world of money and finance. The creation, flow and use of any form of energy that is used as the intermediary of trade or commerce. Any item that would be used as a mode of exchange and that follows all the rules of physics as regards to flow and energy. The highest form of "banker," in the literal sense, would be an electrical engineer. Banking in the de facto is accomplished by the creation of credit by exchanging a promissory note for Federal Reserve Notes as per the Federal Reserve Act, Section 16, Part 2 - via the Federal Reserve Window. These

credit exchanges are done by a lack of disclosure to the endorsee, thus causing the endorsee to sign using a blank endorsement (meaning an unconditional endorsement that releases the valuable security to the financial institution entirely - essentially "gifting" the collateral security to be exchanged and payable to the banking institution). Banking in the de jure is the coining and handling of silver and gold COINS in an effort to create a stable and functional exchange medium.

**Bank:**
In the de facto it would be any individual that converts one negotiable instrument into another or creates notes and bills. In the de jure it would be the storing, safe keeping, transferring and exchanging of gold/silver coins. No licenses or "approval" is needed to be a bank and every individual person IS a bank, by definition, in the de facto. Anyone who can promise that some amount will be paid in the future is, by definition, a bank.

**Note/instrument/negotiable instrument/security/bond:**
An unconditional promise to pay (promissory note) or an unconditional order to pay (bill of exchange). "Bill" is a shortening of "bill of exchange" and "note" is a shortening of "promissory note"

**Payment:**
This definition will defer to Black's Law 4th Edition: "The fulfillment of a promise, or the performance of an agreement."

**Discharge/setoff:**
The endorsement and return of a negotiable instrument, approving it for exchange at the Federal Reserve Discount Window.

**Limited liability:**
The degradation of personal power by assuming that there are problems that could pop up that you would be incapable of handling. A shrinking of personal confidence that stems from a person committing acts that they deem worthy of shame or guilt. Personal shrinkage.

**Problems:**
The normal idea of problems is "something of which is considered pesky, unwanted, difficult and unappreciated. Something of which a person generally would rather not have." This definition puts all the power of the situation into the problem itself. The new definition of "problem" is: "that of which gives excitement and interest to a story. The element of a story that is considered and defined, entirely out of the free will of the person, to be something unwanted. The "problem" is the element of which all adventures are born. The resolution of a "problem" is the entire structure of a journey."

**Consideration:**
Defined as: something given of value that all parties consider of value and continue to consider of value throughout the entire life of the contract or agreement. If either party decides, during the life of a contract, that consideration is no longer equal, then that contract can be instantaneously canceled from that moment. Fraud vitiates all contracts from their inception and acts as though a contract never existed to begin with.

**Fraud:**
Any attempt to create illusion, delusion, vagueness or over-complexity in an effort to confuse or reduce the ability to perceive or understand something. THE HIGHEST LEVEL OF FRAUD IS THE ALTERATION OF DEFINITIONS OF WORDS OR TERMS. All men and all women deserve to live a

life of honest and transparent dealings.

**Understand/under stand/under-stand:**
To conceptually copy information into your own mind, contribute to it (invest in it) in an effort to make it your own, then be able to apply it in the physical world to the product of an effective effect. This definition explicitly negates any idea that these words may be used to trick someone into granting dominion or power over them.

**Conceptually:**
To have a basic idea in the mind that comes across almost as the idea of "an understanding in the form of energy" - meaning having so much comprehension of some particular word or thing that you can get the feeling in your mind that you do not even need words or symbols to explain the ideas. A conceptual understanding of something may even leave the person saying "I know what it is, I simply can't put it into words." The ideas are devoid of having to use the "crutch" of other words or symbols. It is a full immersion into an idea or term that feels almost as if you are the source of the definition of the word or idea itself. You can "feel" the definition. YOU ARE THE DEFINITION.

**Definition:**
The exact, agreed-upon boundaries of the meaning of a series of symbols, behavior, or anything else. A definition could be entirely unknown or mistaken, but an "incorrect definition" would be the largest aspect that this section should clarify. An "incorrect definition" would be a meaning that is either too narrow or too wide, too simple or too complex, too vague or too specific. A definition is the contract associated with the meaning of the word, idea, phrase, etc. The source of credit and law, which is the well-intentioned inhabitant or contributing member of a group, has the highest rank in terms of the creation, clarification or changing of definitions. Definitions are living, breathing things and are the most important aspect to all contracts and communication. VAGUE OR OVER-COMPLICATED DEFINITIONS WILL BE VIEWED AND ASSUMED TO BE AN ATTEMPT TO DECEIVE AND WILL BE CLASSIFIED AS FRAUD.

**Terminal:**
In order to understand banking, the idea of a terminal must be understood. This term comes from the terminology used in batteries and electricity. A terminal is a person who is effectively (or potentially) exchanging goods and/or services in a way that contributes to building a society or a market.

**Market:**
A group of people, small or large, that is exchanging goods and services in an effort to make life more exciting, more interesting, easier, etc. The basis of legality of all market transactions is found in the idea of consent. "Harmful" goods and services may be offered legally as long as all parties in the transaction are consenting and that transaction or activity does not encroach into the freedoms of another person who may not agree with what is happening.

**Consent:**
Understanding, as defined in this definitions section, of the contract or agreement in question. This understanding is then mixed with explicit agreement. Explicit agreement is important because assuming agreement or consent is quite dangerous. Agreement and consent should be explicit and "tacit consent" or "consent due to acquiescence" is essentially rape in commerce. Involuntary servitude is entirely illegal, but at the same time... not responding to an important concern is irresponsible. There is a fine line between the two that must be walked.

**Rape:**
Any forced contract that did not have explicit understanding and consent at the inception and throughout the entire duration of the contract. Anything that could be considered involuntary servitude, forced labor, enticement into slavery, etc.

**Debtor:**
A debtor is someone who owes a true negative in an agreement or contract where they have received true value and consideration but have not reciprocated that consideration to a sufficient point for both parties (within reason). A debtor cannot be a debtor if they did not consciously and expressly involve themselves in the contract to begin with. Anyone who has unknowingly signed away a valuable negotiable instrument using a blank endorsement would NOT be classified as a debtor due to there having been valuable consideration already manufactured and given.

**Creditor:**
The endorsee of any promissory note or bill of exchange. Any successful attempt to trick, whether through nondisclosure or active displacement, an endorsee into doing a blank endorsement on any security, without valuable exchange in return, will be charged with purloining those instruments.

**Truth:**
The information that, when exposed and understood, eliminates all negative conditions. For example: negative emotions, guilt, shame, stupidity, hate, etc.

**Guilt:**
A feeling of degradation that stems from someone else effectively persuading you that your actions have directly harmed them, others or yourself.

**Shame:**
Active self-degradation that stems from believing that your actions harm or degrade others. This is only possible due to the collective previous persuasions of others that you have or can hurt them. It is the idea of "being careful" taken to the level of absurdity.

**Degrade:**
To lower one's value or perceived value.

**Value:**
The perception of supply versus demand. Something that "everyone wants" that no one can have would have the highest perceived value. Value is entirely calculated through the nature of humans and their interest in making life an interesting game.

**Freedom:**
A condition that is the product of having a vast amount more truth than lies on any given subject, mixed with being devoid of guilt and shame on that particular subject. The correct definitions for words is the most important aspect of freedom (the highest form of freedom is redefining all words and symbols, at will, on all contracts).

**Admiration:**
The ability to appreciate anyone or anything for what they are and to enjoy their flaws and their beauties as nothing more than a creation of expression assumed to be entirely within their will. This includes permitting someone to destroy their life as they see fit, as long as that destruction does not

harm or damage others.

**"State," "state," and "STATE":**
"State" and "STATE" refer to corporation fakes that are located in the District of Columbia (they are listed on Dun and Bradstreet as businesses). "state" means the same as "nation" and defers to the definition below. From now on, any usage of the 3 variations of state will default to an unincorporated zone unless explicitly described as a business located in the District of Columbia.

State government is the highest form of government available and is always held by the people who inhabit that state, even if there is no official body or office of government activity. Each state is legally a separate country to one another in law. The sheriff is responsible for enforcing laws and handling disputes in the field and his ultimate purpose is "to handle the surface manifestations of society." Whereas the courts then take the surface manifestations of society and dig deeper in an effort to permanently address difficulties in the society or culture. The purpose of a judge or court is "to dig deeper into the surface manifestations of society in an effort to find the source of disputes and eliminate their unnecessary manufacture."

Any group of individuals working together that is at peace with themselves and share tranquility and enlightenment with other groups would be officially defined as a state. "State" and "nation" essentially mean the same thing.

**Body Politic:**
State or nation or public associations, -Black's Law 4th Edition

**Society:**
An association or company of persons (generally unincorporated) united together by mutual consent, in order to deliberate, determine, and act jointly for some common purpose. In a wider sense, the community or public; the people in general. -Black's Law 4th Edition

**Nation:**
"An Independent body politic; a society of men united together for the purpose of promoting their mutual safety and advantage by the joint efforts of their combined strength. But every combination of men who govern themselves independently of all others will not be considered a nation. A body of pirates, for example, who govern themselves, are not a nation. To constitute a nation, another ingredient is required. The body thus formed must respect other nations in general, and each of their members in particular. Such a society has her affairs and her interests; she deliberates and takes resolutions in common, thus becoming a moral person, who possesses an understanding and will peculiar to herself, and is susceptible of obligations and rights." -Vattel, Prelim. Ill, 2; 5 Pet. (U. S.) 52. See 1 Idaho (N. S.) 612.

**The District of Columbia ("Washington D.C."):**
A for-profit private corporation that is foreign to all the individual states. The purpose of this corporation is to SERVE THE STATES (the 50 unincorporated states as well as any other nations or states in the unincorporated zone) in an effort to help with state-to-state communication, commerce, etc. They do not have the ability to govern outside of their tiny ten-square mile sandbox. They are essentially a private contractor that is employed to enhance interstate activity. They can be fired no differently than a plumber or carpenter if any individual state decides to do so. Each individual state is contracted into this corporation as a request for assistance. The District of Columbia is not allowed to use any trickery to describe itself, such as the term "United States." Any attempt to deceive will be

considered fraud or treason and will be treated accordingly. The primary purpose for Washington DC is "to create a prosperous country by enhancing that which is creating abundance and destroying or eliminating that which is creating scarcity. To ensure that the Constitution of the original non-incorporated America is adhered to by ensuring its application in interstate dealings. To assist each and every state with any scarcities they may encounter."

## Money:
Gold and/or silver coins. Without gold and/or silver coins involved in a transaction, there is no negative or positive gain in the real world. There can only be a false illusion of positive or negative gain. "Profit and loss" can only be computed through the exchange of gold/silver coins. Any commercial activity in the de facto that is not exchanging silver and gold coins is, by definition, a "non-profit activity."

## United States:
The original states of the Republic being referred to as a collective. The "United States" is not, in itself, a country. Each individual state is a country, by law. This definition specifically and explicitly negates the definition found in 28 USC 3002(15), as well as the description found in UCC 9-307(h). Any de facto corporation found using the term "United States" will automatically be changed to "only and explicitly the District of Columbia and its territories." The "Federal corporation" does not have any jurisdiction in the 50 individual unincorporated states of America (or any additional states or nations in those areas) and this term being used is very heavy fraud that very few people know about. Any use of this definition will be assumed that the person using it does not know this definition and the prosecution of the use of this term will need EXTENSIVE levels of evidence that proves INTENT. This term is the core aspect of the difficulties in our glorious country. Assumption that the use of this term is of ill-will should NOT be done, as all assumptions should be a lack of comprehension of this most deadly term.

## Intent:
"Intent" expresses mental action at its most advanced point, or as it actually accompanies an outward, corporal [of or involving the body] act which has been determined on. Intent shows the presence of will in the act which consummates a crime. It is the exercise of intelligent will, the mind being fully aware of the nature and consequences of the act which is about to be done, and with such knowledge, and with full liberty of action, willing and electing to do it. -Black's Law 4th Edition (bracket section added by Brandon Joe Williams to clarify the word "corporal")

## Republic:
"We may define a republic to be, or at least may bestow that name on, a government which derives all its powers directly or indirectly from the great body of the people, and is administered by persons holding their offices during pleasure, for a limited period, or during good behavior. It is ESSENTIAL to such a government that it be derived from the great body of the society, not from an inconsiderable proportion, or a favored class of it; . . . It is SUFFICIENT for such a government that the persons administering it be appointed, either directly or indirectly, by the people; and that they hold their appointments by either of the tenures just specified." -James Madison in Federalist No. 39

## Taxpayer:
Anyone who willingly and knowingly wishes to gift their money or currency then completes the action of actually gifting it. Just because they donated once does not permanently make them a "taxpayer." They can only be assumed to be a taxpayer at the exact moment of donation... not a minute before or a minute after.

**Currency:**
Anything used as a medium of exchange. The words "money" and "currency" ARE VERY DIFFERENT. Currency could be bottle caps, small pieces of metal, paper, or anything else. Currency is not required to be silver/gold coins. This definition includes negotiable instruments.

**Corporation/business:**
An organization that operates under the Crown of England. The entire contract breaks down like this: someone APPLIES for approval to be under the codes, regulations and rules of the Crown of England, then is approved and allowed to operate in their world. You "incorporate" into this world, meaning you involve yourself in it and operate under its structure. There are various services available in that world that provide structure and boundaries in exchange for fees and other consideration. Contracting into this body of rules and regulations is a choice and each person should look at the pros, cons and benefits associated with doing so prior to requesting approval. All corporations can only be physically located in one of three locations: The District of Columbia, the incorporated sector of the City of London or Vatican City.

**Loan:**
In the de facto, it is the endorsing of a promissory note by a person based off their future potential productivity, which is then exchanged with the Federal Reserve for Federal Reserve Notes. A "financial institution" is not required to convert the promissory note into Federal Reserve Notes but may be utilized for assistance if needed. A "financial institution" hired to provide this service is nothing more than a contracted currency exchanger and the loan is NOT being given by then (they are not a "lender," they are a "currency exchange.") Any effort to trick or deceive as to who is creating the loan or giving the loan will be treated as fraud or treason and handled accordingly. In the de jure it is the issuing of silver/gold coins at interest.

**Lies:**
Pieces of information that degrade and/or create/enhance bad conditions. One of the purposes of the courts is "to locate and obliterate the sources of lies."
**Trust:**
An agreement where assets are held and administered by a trustee for the benefit of a beneficiary. This structure comes straight from God through the Bible and, while there have been corporate versions of trusts created in an effort to deceive, THIS DEFINITION SPECIFICALLY AND EXPLICITLY DOES NOT INCLUDE THOSE TYPES OF "TRUSTS." Corporate trusts are not trusts, they are corporations or businesses and are located in the District of Columbia, City of London or Vatican City. This is a definition of truth, not deception. This definition of trust only applies to the completely non-incorporated original trust agreements that are entirely and completely sovereign and un-a-lien-able. Trusts are not within the jurisdiction or purview of any corporate element, government element, or anything else. They are governed only and entirely by the people who are involved in the trust. Trusts are NOT created by government or any corporation and are created by a grantor/executor, which is a person who simply brings the trust into being.

**Sovereign:**
A person's status outside of any external group or corporate system. This status cannot be signed away or given away under any circumstances. The only avenue to truly relinquish sovereignty is suicide. The words "foreign" or "nonresident" are both indicating a sovereign person or area.

**Suicide:**

To kill oneself as a willful act of ending the contract of life.

**Government:**
An organization that is below the level of the power of an American that is operated to keep the peace in the society and assist cultures and societies to remove elements that cause unnecessary turbulence in the society. The basic purpose of government is "to create and foster a culture that is flourishing, free of disputes and confusions/lies. A planter and harvester of truth." No corporation can be a government, as the purpose of a corporation is "maximum profit for shareholders" and that creates a massive conflict of interest.

*Supreme court case of Elkins Et Al v. United States, 364 U.S. 206: "In a government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Our government is the potent, the omnipresent teacher. For good or ill, it teaches the whole people by its example. Crime is contagious. If the government becomes a lawbreaker, it breeds contempt for law, it invites every man to become a law unto himself, and it invites anarchy."

**Citizen:**
A government officer or employee. If you look over the many definitions of "city" in Black's Law, you will see things like "a political entity or subdivision for governmental purposes," "a public corporation for public purposes," "A state agency for carrying on local government," and "a voluntary association or corporation."

**Employee:**
Generally, when person for whom services are performed has right to control and direct individual who performs services not only as to result to be accomplished by work but also as to details and means by which result is accomplished, individual subject to direction is an "employee". Young v. Demos, 70 Ga. App. 577, 28 S.E. 2d 891, 893.

**US Citizen/U.S. Person:**
An individual working for the incorporated government in the District of Columbia. "U.S. Person" could also be an entity, such as a corporation or estate, organized under the laws of the incorporated entity called "United States."

**Passport:**
A quick and easy way to identify oneself in terms of culture, nationality, etc. A passport is not necessary and simply greases the gears of the social world. It is wholly non-commercial and has to do with a person's private, non-commercial, non-governmental activities.

**Commerce:**
Fee-for-service flow where all parties agree that legal or litigation intervention has been injected in an effort to keep all parties from failing to perform.

**Statutes/Policy/Codes:**
Rules that are created by a government, corporation or group for the purpose of creating structure and agreement for the willing members of the group. Policy. A person may be involved in many sets of statutes in various areas of their life. These spoken or implied agreements allow them to navigate their endeavors and no statutes are ever imposed on them beyond their will and awareness. If any group decides that a person has gone too far outside their statues, they remove the person from the group beyond their will to be in that group.

**Law:**
Exact and specific rules or boundaries that all of mankind naturally, spoken or unspoken, agree on. Law is very simple and is composed of 3 basic points: do not harm others, do not harm or steal the property of others and be transparent (do not lie or hide things) in your contracts and dealings with others. Everyone has the protections of true law, even those that are involved in groups with specific Codes. No Code or statute will ever cloud or supersede an individual's natural law and any attempt to reduce the rights of any governmental employee or corporate citizen is tantamount to treason. Anyone operating with the intention to help others has the full protections of law at all times and their standing as a man or woman is primary in law above all other titles. Law is designed to disarm the person who has the intention to harm and to empower the person with the intention to help.

**Certificate of Title (or any other name for a document proving ownership or interest):**
Essentially a receipt that shows that the Manufacturer's Certificate of Origin (MCO) of a vehicle is being safely kept by the state. The Certificate of Title is an exact duplicate in power in law as the MCO and is not an abstract or representation of the Manufacturer's Certificate of Origin, but it IS the MCO, simply in another format. The holding of a Certificate of Title is the exact same as the holding of the MCO and transferring a Certificate of Title is the same as transferring the MCO itself. Registration is nothing more than the fees that are paid in exchange for the protection of the MCO and transferring of it. At no point in time does the state own or have a legal interest in the vehicle. The state is operating only as a banking lockbox to help protect the MCO and to administrate the transferring of the full rights of the vehicle or automobile.

**Manufacturer's Certificate of Origin (MCO):**
The original birth certificate of a vehicle, describing what was created by the manufacturer. This piece of paper is held in safekeeping by the corporate entity of the District of Columbia via Department of Motor Vehicle centers (or similar names). These MCOs are held in safe-keeping and the Certificates of Title that are issued by the Dept of Motor Vehicles (or any similar corporation) are nothing more than legal copies of the MCO. Exchanging the "Certificate of Title" exchanges the full and entire interest in the MCO from the parties listed on the Certificate of Title. The bill of sale between private individuals who exchange the Certificate of Title is a brand new MCO that essentially shows that the person who has held and modified the car has exchanged that car to the new owner. The Dept of Motor Vehicles (or any other corporation) agrees that the writing and notarization of a bill of sale between persons exchanging a Certificate of Title contains the same power as exchanging the MCO and the bill of sale is a superior title to even the MCO itself. The Dept of Motor Vehicles (or any similar corporation) operates as essentially a bank and holds the superior title for us as essentially a glorified lockbox.

**Vehicle/Automobile/Motor vehicle/Motor Carrier:**
A car, truck, big rig, boat, plane, etc, that could be used for either commercial reasons or non-commercial reasons. These terms are now all interchangeable. No license is required to operate any of the above. If a person wishes, they may acquire a passport for simpler travel in order to identify themselves. If they are willingly contracted into a body of commercial Codes, they may get a Driver's License that delineates which body of Codes they are subscribed to and any other important information that may be associated with that subscription. All vehicles/automobiles and motor vehicles have superior titles that are held by the holder of the Manufacturer's Certificate of Origin or the Certificate of Title (or any other official paper that describes ownership). The presentment of a passport, OR NO LICENSE AT ALL, indicates that the vehicle is not involved in any pre-determined statute systems in commerce. The current and exact evidence supporting that a person is involved in commerce is needed to truly and legally/lawfully classify someone as "involved in commerce." Any

automobile moving its own personal property or private passengers are not commerce.

**Manufacture/manufacturer:**
The organization of natural elements into a cohesive system. Something that is the product of a combination of products through some kind of system. Manufacturing also includes the altering or customizing of already-produced products. Any altering to a product in any way makes the person who altered the item the "manufacturer." This word is literal in the fact that "manu" comes from "made by the hand" - so any changes or alterations or upgrades made by the hands of the previous owner would fit within this definition.

**Bill of sale:**
Any document that describes any item being transferred and any customization or alterations that item went through during previous ownership. The bill of sale acts as a superior title and is the new Manufacturer's Certificate of Origin for the automobile.

**Superior title:**
The highest and complete sovereign ownership and governance of any item or thing. In law, the superior titles used by a person are "man" and "woman" and these titles are always assumed to be the primary title above all spoken, written or assumed titles.

**Marriage:**
An agreement with God to have a union with one or more other persons in an effort to make their lives and the lives of others better. A trust agreement. No corporation or "artificial entity" may enter or involve itself with the structure of a marriage as it is a bond between only the men, women and their God, as defined by them.

**Divine:**
Involving or contracted with God (however that may be defined by the individual).

**God:**
A person's idea of the pure energy or the personification of spiritual or ethical idealism. This could be perceived as a body, an idea or anything else and is completely and only definable within the perception and decisions of the individual.

**Sovereign citizen:**
Someone who creates unnecessary contention by violently combating things of which they do not understand.

**National:**
As per 8 USC 1101(a)(21): "The term "national" means a person owing permanent allegiance to a state." This status is achieved through naturalization, from 8 USC 1101(a)(23): "The term "naturalization" means the conferring of nationality of a state upon a person after birth, by any means whatsoever." A national is a TRUE American and lives on the land of North America. Indian tribes are in this category.

**Evidence:**
Proof that establishes location, intention, action and responsibility. Perceptions and opinions may very well not be evidence.

**Crimes:**

There must be a victim to have a crime. The "government" or state may not be the victim. "Crime" is established when someone's rights are exercised to such a broad level that it harms or damages another person.

**"Harm" or "damage":**

Physical or emotional destruction or degradation that can be somehow proven objectively (subjective examples would need more of a track-record of proof in order to be substantiated).

**"You," "Your" or any other small common word:**

"You" or "your" or any other variation of showing identity and any usage of small common words to try and trick someone into special definitions that degrade or harm will fall under treason. Redefining these words are an obvious attempt at subversion and are never going to be used in an effort to assist someone. The creation of special definitions for small common words are immediately assumed to be treason, as the intent is clear. This definition was born out of a cognizance of the existence of 20 CFR 422.402 subsection (e). This definition automatically eliminates all definitions of this type and vitiates their existence since their supposed inception.

**Represent:**

To assist another in presenting themselves. No one waives their rights or status in having or demanding assistance.

**Driving/traveling:**

These words now mean the same thing. Someone who produces no license at all or a passport is in non-commerce. Someone producing a Driver's License is in commerce. THEIR INVOLVEMENT IN COMMERCE MUST BE EVIDENT AND THEIR UNKNOWING PRESENTMENT OF A DRIVER'S LICENSE DOES NOT AUTOMATICALLY MEAN THEY OPERATE IN COMMERCE. IT IS ONLY AN INDICATOR AND EVIDENCE MUST BE ESTABLISHED.

**Social Security/Social Security Number:**

The Employer Identification Number (EIN) of the public corporation of your name in all capital letters (the ens legis). The IRS defines the EIN as: "An Employer Identification Number (EIN), also known as a Federal Tax ID Number, is a 9-digit number assigned by the IRS to identify a business entity. It is often used for banking, taxation, and to register your business with the federal government."

**Public corporation:**

"A public corporation is one created by the state for political purposes and to act as an agency in the administration of civil government." -Black's Law 4th Edition

**Obligations of the United States:**

Any promise or evidence of debt regarding any public corporation. 18 USC 8 is quite clear about this.

**Abundance:**

The idea that a person has "more than what is needed or desired." The idea of how much someone needs or desires is entirely up to them and has nothing to do with their environment. This feeling or idea is entirely within the control of each individual person for each individual area of their life. This ratio of "abundance versus scarcity" gives tremendous excitement in the game of life.

**Scarcity:**

The idea that a person has "less than what is needed or desired." The idea of how much someone needs or desires is entirely up to them and has nothing to do with their environment. This feeling or idea is entirely within the control of each individual person for each individual area of their life. This ratio of "abundance versus scarcity" gives tremendous excitement in the game of life.

**Resident alien:**
Someone who is PROVEN to live in the District of Columbia.

**Non-resident alien:**
Someone who is PROVEN to not live in the District of Columbia.

**Transmitting utility:**
This term is not to be mistaken with a human being. This term means a person who is producing or transmitting electricity. While the body does do that, this definition is explicitly negating any idea that a human being is a transmitting utility in the eyes of the law.

**License:**
Permission to do something that would otherwise be considered illegal. This is generally only needed for corporations as men and women do not need licenses but are actually the issuers of licenses themselves.

**Intelligence:**
Normally, "intelligence" is known as "some fixed and predetermined capacity to understand." This definition is limiting and was manufactured by the field of psychiatrists in an effort to make people feel overwhelmed by their inability to rapidly grasp something. Due to this sly and highly false definition, humanity has been harmed. The new definition of "intelligence" is simply CURIOSITY. Curiosity (and now "intelligence") is defined as "a natively infinite ability to find wonderment in things. Each and every person has an immediate and infinite quantity of this. How rapidly they grasp things is simply gauged by the quality of the questions they ask when applying their "intelligence" or curiosity. Poor quality questions reduce the speed of comprehension, but the application of "intelligence" will ALWAYS arrive at an understanding... regardless of the quality of the questions."

**Man:**
The ultimate title. The ultimate simplicity. One of the basic elements of the battery of nature. The desire to protect. The drive and focus to achieve a goal. One of two original bodies created by God in an effort to be a creation of half of what God is composed of. An incomplete expression of nature. The searcher of beauty.

**Woman:**
The ultimate title. The creator of beauty. Beauty is created by the manufacturer of art. Beauty is not inherent, it is created. The dancing, warm flow of existence. That of which is the great mediator of life. The true logic of life that understands life through the emotional and instinctual understanding of experience. That of which prevents life and existence from using the drive of masculinity in an effort to drive our human race into oblivion. Softness, mediation, flow.

# Section 2: Notice to Person Executing

# Limited Power of Attorney

**IMPORTANT NOTE 1:** Any assumption that the principal has ever endorsed anything with a blank endorsement is hereby explicitly negated. This agreement hereby explicitly waives the right of the principal (or any entities) to indorse any instrument with a blank endorsement (unless worded specifically "pay to the order of: bearer" with an allonge explaining why it being endorsed that way). All endorsements are assumed, be default, to be both qualified and special. All endorsed instruments from the past assumed to be blank are hereby to be considered fraud and need to be reinforced or clarified by both the principal and agent. The default or assumed endorsement for all past, current and future instruments is:

WITHOUT RECOURSE
Pay to the Order of:
WENDY NADINE FITZGERALD PALMER
By: /s/ Queen Y'Dnew, Trustee/Custodian Agent
---------
*****

A durable power of attorney is an important legal document. By signing the durable power of attorney, you are authorizing another person to act for you, the principal. Before you sign this durable power of attorney, you should know these important facts:

Your agent (attorney-in-fact) has no duty to act unless you and your agent agree otherwise in writing. This document gives your agent the powers to manage, dispose of, sell, and convey your real and personal property, and to use your property as security if your agent borrows money on your behalf. This document explicitly DOES give your agent the power to accept or receive any of your property, in trust or otherwise, as a gift, without the need to specifically authorize the agent to accept or receive a gift. These actions are done in an effort to benefit all parties and to better administer the survival of both persons in an effort to expand the survival potential of both persons perpetually into the future. Principal has FULL and UTTER trust in the agent to operate entirely in absolutely EVERY area in all of existence without rules or regulations. Principal FULLY comprehends the tremendous risk and has read this entire document in extensive detail, taking care to clear up the definitions of any words and clarify all aspects of this document. This document is a contract, made under the willful and total cognizance, of total and absolute governance by (your name).

Your agent will have the right to receive reasonable payment for services provided under this durable power of attorney unless you provide otherwise in this power of attorney.

The powers you give your agent will continue to exist even beyond your entire lifetime, unless you state that the durable power of attorney will last for a shorter period of time or unless you otherwise terminate the durable power of attorney. The powers you give your agent in this durable power of attorney will continue to exist even if you can no longer make your own decisions respecting the management of your property. Since the principal is an ens legis, easily identified by what is called the "Social Security Number," it could be assumed that this person never actually lived to begin with and thus never had a "lifetime" of which to speak about in this agreement. None of that negates the binding aspect of this DPOA.

You can amend or change this durable power of attorney only by executing a new durable power of attorney or by executing an amendment through the same formalities as an original. You have the right to revoke or terminate this durable power of attorney at any time, so long as you are competent.

This durable power of attorney must be dated and must be acknowledged before a notary public or signed by two witnesses. If it is signed by two witnesses, they must witness either (1) the signing of the power of attorney or (2) the principal's signing or acknowledgment of his or her signature. A durable power of attorney that may affect real property should be acknowledged before a notary public so that it may easily be recorded.

You should read this durable power of attorney carefully. When effective, this durable power of attorney will give your agent the right to deal with property that you now have or might acquire in the future. The durable power of attorney is important to you. If you do not understand the durable power of attorney, or any provision of it, then you should obtain the assistance of an attorney or other qualified person.

NOTICE: THIS IS A PRIVATE POWER OF ATTORNEY BEING EXECUTED IN THE NATION CALLED THE AMNESTY COALITION AND IS APPLICABLE IN ALL STATUTORY SITUATIONS VIA NATURALIZATION FROM 8 USC 1101(a)(23) OR BY ANY OTHER MEANS. THIS DPOA APPLIES TO COMMON LAW, NON-STATUTORY APPLICATIONS, AS WELL AS STATUTORY SITUATIONS IN THE UNITED STATES OR ELSEWHERE.THIS AGREEMENT APPLIES TO ABSOLUTELY ANYTHING AND ANYPLACE.

I, WENDY NADINE FITZGERALD PALMER  non-residence mailing address of (your address), hereby appoint (Queen Y'Dnew de Palma , TTE , domiciled at PHILADELPHIA, PA, as my attorney-in-fact ("Agent") to exercise the powers and discretions described below.

This Power of Attorney shall not be affected by my subsequent incapacity.

As per trademark serial number: (trademark number here), I hereby release all security and bond creation to (your name)/agent. This trademark, even if made void, canceled or changed, signifies that only (your name)/agent has the capacity to decide on my ability or decision to contract in absolutely any way in commerce.

I hereby revoke any and all general powers of attorney and special powers of attorney that previously have been signed by me. This agreement hereby replaces the earlier one that I had with (your name).

My Agent shall have full power and authority to act on my behalf. This power and authority shall authorize my Agent to manage and conduct all of my affairs and to exercise all of my legal rights and powers, including all rights and powers that I may acquire in the future. My Agent's powers shall include, but not be limited to, the power to:

1. Open, maintain or close bank accounts (including, but not limited to, checking accounts, savings accounts, and certificates of deposit), brokerage accounts, retirement plan accounts, and other similar accounts with financial institutions.

a. Conduct any business with any banking or financial institution with respect to any of my accounts, including, but not limited to, making deposits and withdrawals, negotiating or endorsing any checks or other instruments with respect to any such accounts, obtaining bank statements, passbooks, drafts,

money orders, warrants, and certificates or vouchers payable to me by any person, firm, corporation or political entity. I also permit (your name) to assign, create, eliminate and FULLY control any and all UCC1 filings, UCC3 fillings, security interests, etc on my behalf.

b. Add, delete or change beneficiaries to any financial accounts I own including insurance policies, annuities, retirement accounts, payable on death savings or checking accounts or other investments.

c. Perform any act necessary to deposit, negotiate, sell or transfer any note, security, or draft of the United States of America, including U.S. Treasury Securities. This includes any non-US notes, securities, drafts, etc.

d. Have access to any safe deposit box that I might own, including its contents.

2. Provide for the support and protection of myself, my spouse, or of any minor child I have a duty to support or have established a pattern of prior support, including, without limitation, provision for food, lodging, housing, medical services, recreation and travel.

3. Sell, exchange, buy, invest, or reinvest any assets or property owned by me. Such assets or property may include income producing or non-income producing assets and property.

4. Take any and all legal steps necessary to collect any amount or debt owed to me, or to settle any claim, whether made against me or asserted on my behalf against any other person or entity.

5. Enter into binding contracts on my behalf.

6. Maintain and/or operate any business that I may own.

7. Employ professional and business assistance as may be appropriate, including attorneys, accountants, and real estate agents.

8. Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of my property (now owned or later acquired) including, but not limited to, real estate and real estate rights (including the right to remove tenants and to recover possession). This includes the right to sell or encumber any homestead that I now own or may own in the future.

9. Prepare, sign, and file documents with any governmental body or agency, including, but not limited to, authorization to:

a. Prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies.

b. Obtain information or documents from any government or its agencies, and represent me in all tax matters, including the authority to negotiate, compromise, or settle any matter with such government or agency.

c. Prepare applications, provide information, and perform any other act reasonably requested by any government or its agencies in connection with governmental benefits (including medical, military and social security benefits), and to appoint anyone, including my Agent, to act as my "Representative Payee" for the purpose of receiving Social Security benefits.

Notice to Person Accepting the Appointment as Attorney-in-Fact:

By acting or agreeing to act as the agent (attorney-in-fact) under this power of attorney you assume the fiduciary and other legal responsibilities of an agent. These responsibilities include:

1. The legal duty to act solely in the interest of the principal and to avoid conflicts of interest.

2. The legal duty to keep the principal's property separate and distinct from any other property owned or controlled by you.

You MAY transfer the principal's property to yourself without the need for full and adequate consideration and you may accept a gift of the principal's property. The only provision would be that the transferring of such property would need to be beneficial to the principal and agent.

I have read the foregoing notice and I understand the legal and fiduciary duties that I assume by acting or agreeing to act as the agent (attorney-in-fact) under the terms of this power of attorney.

Agent attests this document to be signed on his behalf in the Nation of the Amnesty Coalition:

Date:

Signed:

_____
WENDY NADINE FITZGERALD PALMER /principal


Digital Assets Memorandum

NOTE TO PRINCIPAL AND DIGITAL AGENT(S): This Digital Assets Memorandum should be separated from the rest of the power of attorney and be kept accessible only to the Principal and the Digital Agent(s), as this may contain sensitive and confidential information. This memorandum may be updated by the Principal from time to time.

Name of Digital Agent and Each Digital Asset

Digital Agent(s):
Name of Digital Agent: Queen Y'Dnew, TTEE
Address: 7510 Woodcrest Ave
City: PHILADELPHIA
State: PA 19151
Phone Number: 484-550-9574

Digital Devices:
Name of Digital Asset: All digital devices such as computers, cell phones, etc.

Email Accounts:
Name of Digital Asset: All email accounts: Gmail, Hotmail, domain-specific, etc.

all devices necessary to manage digital assets, and clear computer caches and delete files.

This Power of Attorney shall be construed broadly as a General Power of Attorney. The listing of specific powers is not intended to limit or restrict the general powers granted in this Power of Attorney in any manner.

Any power or authority granted to my Agent under this document shall be limited to the extent necessary to prevent this Power of Attorney from causing, (i) my income to be taxable to my Agent, (ii) my assets to be subject to a general power of appointment by my Agent, or (iii) my Agent to have any incidents of ownership with respect to any life insurance policies that I may own on the life of my Agent.

My Agent shall not be liable for any loss that results from a judgment error that was made in good faith. However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney. A Successor Agent shall not be liable for acts of a prior Agent.

No person who relies in good faith on the authority of my Agent under this instrument shall incur any liability to me, my estate or my personal representative. I authorize my Agent to indemnify and hold harmless any third party who accepts and acts under this document.

If any part of any provision of this instrument shall be invalid or unenforceable under applicable law, such part shall be ineffective to the extent of such invalidity only, without in any way affecting the remaining parts of such provision or the remaining provisions of this instrument.

My Agent shall be entitled to reasonable compensation for any services provided as my Agent. My Agent shall be entitled to reimbursement of all reasonable expenses incurred as a result of carrying out any provision of this Power of Attorney.

My Agent shall provide an accounting for all funds handled and all acts performed as my Agent as required under state law or upon my request or the request of any authorized personal representative, fiduciary or court of record acting on my behalf.

This Power of Attorney shall become effective immediately, and shall not be affected by my disability or lack of mental competence, except as may be provided otherwise by an applicable state statute. This is a Durable Power of Attorney. This Power of Attorney shall continue effective until December 12, 2099. This Power of Attorney may be revoked by me at any time by providing written notice to my Agent.

It is acknowledged that the principal operates and exists both WITHIN or WITHOUT the United States, depending on how he is naturalized by (your name). The agent operates WITHOUT the United States at all times pursuant to 28 USC 1746. Notarization is NOT naturalization as it only references temporary location and does not specify a change in allegiance.


Dated _____, _____, at Philadelphia, PA Republic

automobile moving its own personal property or private passengers are not commerce.

**Manufacture/manufacturer:**
The organization of natural elements into a cohesive system. Something that is the product of a combination of products through some kind of system. Manufacturing also includes the altering or customizing of already-produced products. Any altering to a product in any way makes the person who altered the item the "manufacturer." This word is literal in the fact that "manu" comes from "made by the hand" - so any changes or alterations or upgrades made by the hands of the previous owner would fit within this definition.

**Bill of sale:**
Any document that describes any item being transferred and any customization or alterations that item went through during previous ownership. The bill of sale acts as a superior title and is the new Manufacturer's Certificate of Origin for the automobile.

**Superior title:**
The highest and complete sovereign ownership and governance of any item or thing. In law, the superior titles used by a person are "man" and "woman" and these titles are always assumed to be the primary title above all spoken, written or assumed titles.

**Marriage:**
An agreement with God to have a union with one or more other persons in an effort to make their lives and the lives of others better. A trust agreement. No corporation or "artificial entity" may enter or involve itself with the structure of a marriage as it is a bond between only the men, women and their God, as defined by them.

**Divine:**
Involving or contracted with God (however that may be defined by the individual).

**God:**
A person's idea of the pure energy or the personification of spiritual or ethical idealism. This could be perceived as a body, an idea or anything else and is completely and only definable within the perception and decisions of the individual.

**Sovereign citizen:**
Someone who creates unnecessary contention by violently combating things of which they do not understand.

**National:**
As per 8 USC 1101(a)(21): "The term "national" means a person owing permanent allegiance to a state." This status is achieved through naturalization, from 8 USC 1101(a)(23): "The term "naturalization" means the conferring of nationality of a state upon a person after birth, by any means whatsoever." A national is a TRUE American and lives on the land of North America. Indian tribes are in this category.

**Evidence:**
Proof that establishes location, intention, action and responsibility. Perceptions and opinions may very well not be evidence.

## Crimes:

There must be a victim to have a crime. The "government" or state may not be the victim. "Crime" is established when someone's rights are exercised to such a broad level that it harms or damages another person.

## "Harm" or "damage":

Physical or emotional destruction or degradation that can be somehow proven objectively (subjective examples would need more of a track-record of proof in order to be substantiated).

## "You," "Your" or any other small common word:

"You" or "your" or any other variation of showing identity and any usage of small common words to try and trick someone into special definitions that degrade or harm will fall under treason. Redefining these words are an obvious attempt at subversion and are never going to be used in an effort to assist someone. The creation of special definitions for small common words are immediately assumed to be treason, as the intent is clear. This definition was born out of a cognizance of the existence of 20 CFR 422.402 subsection (e). This definition automatically eliminates all definitions of this type and vitiates their existence since their supposed inception.

## Represent:

To assist another in presenting themselves. No one waives their rights or status in having or demanding assistance.

## Driving/traveling:

These words now mean the same thing. Someone who produces no license at all or a passport is in non-commerce. Someone producing a Driver's License is in commerce. THEIR INVOLVEMENT IN COMMERCE MUST BE EVIDENT AND THEIR UNKNOWING PRESENTMENT OF A DRIVER'S LICENSE DOES NOT AUTOMATICALLY MEAN THEY OPERATE IN COMMERCE. IT IS ONLY AN INDICATOR AND EVIDENCE MUST BE ESTABLISHED.

## Social Security/Social Security Number:

The Employer Identification Number (EIN) of the public corporation of your name in all capital letters (the ens legis). The IRS defines the EIN as: "An Employer Identification Number (EIN), also known as a Federal Tax ID Number, is a 9-digit number assigned by the IRS to identify a business entity. It is often used for banking, taxation, and to register your business with the federal government."

## Public corporation:

"A public corporation is one created by the state for political purposes and to act as an agency in the administration of civil government." -Black's Law 4th Edition

## Obligations of the United States:

Any promise or evidence of debt regarding any public corporation. 18 USC 8 is quite clear about this.

## Abundance:

The idea that a person has "more than what is needed or desired." The idea of how much someone needs or desires is entirely up to them and has nothing to do with their environment. This feeling or idea is entirely within the control of each individual person for each individual area of their life. This ratio of "abundance versus scarcity" gives tremendous excitement in the game of life.

## Scarcity:

The idea that a person has "less than what is needed or desired." The idea of how much someone needs or desires is entirely up to them and has nothing to do with their environment. This feeling or idea is entirely within the control of each individual person for each individual area of their life. This ratio of "abundance versus scarcity" gives tremendous excitement in the game of life.

**Resident alien:**
Someone who is PROVEN to live in the District of Columbia.

**Non-resident alien:**
Someone who is PROVEN to not live in the District of Columbia.

**Transmitting utility:**
This term is not to be mistaken with a human being. This term means a person who is producing or transmitting electricity. While the body does do that, this definition is explicitly negating any idea that a human being is a transmitting utility in the eyes of the law.

**License:**
Permission to do something that would otherwise be considered illegal. This is generally only needed for corporations as men and women do not need licenses but are actually the issuers of licenses themselves.

**Intelligence:**
Normally, "intelligence" is known as "some fixed and predetermined capacity to understand." This definition is limiting and was manufactured by the field of psychiatrists in an effort to make people feel overwhelmed by their inability to rapidly grasp something. Due to this sly and highly false definition, humanity has been harmed. The new definition of "intelligence" is simply CURIOSITY. Curiosity (and now "intelligence") is defined as "a natively infinite ability to find wonderment in things. Each and every person has an immediate and infinite quantity of this. How rapidly they grasp things is simply gauged by the quality of the questions they ask when applying their "intelligence" or curiosity. Poor quality questions reduce the speed of comprehension, but the application of "intelligence" will ALWAYS arrive at an understanding... regardless of the quality of the questions."

**Man:**
The ultimate title. The ultimate simplicity. One of the basic elements of the battery of nature. The desire to protect. The drive and focus to achieve a goal. One of two original bodies created by God in an effort to be a creation of half of what God is composed of. An incomplete expression of nature. The searcher of beauty.

**Woman:**
The ultimate title. The creator of beauty. Beauty is created by the manufacturer of art. Beauty is not inherent, it is created. The dancing, warm flow of existence. That of which is the great mediator of life. The true logic of life that understands life through the emotional and instinctual understanding of experience. That of which prevents life and existence from using the drive of masculinity in an effort to drive our human race into oblivion. Softness, mediation, flow.

# Section 2: Notice to Person Executing

# Limited Power of Attorney

**IMPORTANT NOTE 1:** Any assumption that the principal has ever endorsed anything with a blank endorsement is hereby explicitly negated. This agreement hereby explicitly waives the right of the principal (or any entities) to indorse any instrument with a blank endorsement (unless worded specifically "pay to the order of: bearer" with an allonge explaining why it being endorsed that way). All endorsements are assumed, be default, to be both qualified and special. All endorsed instruments from the past assumed to be blank are hereby to be considered fraud and need to be reinforced or clarified by both the principal and agent. The default or assumed endorsement for all past, current and future instruments is:

WITHOUT RECOURSE
Pay to the Order of:
WENDY NADINE FITZGERALD PALMER
By: /s/ Queen Y'Dnew, Trustee/Custodian Agent
----------
\*\*\*\*\*

A durable power of attorney is an important legal document. By signing the durable power of attorney, you are authorizing another person to act for you, the principal. Before you sign this durable power of attorney, you should know these important facts:

Your agent (attorney-in-fact) has no duty to act unless you and your agent agree otherwise in writing. This document gives your agent the powers to manage, dispose of, sell, and convey your real and personal property, and to use your property as security if your agent borrows money on your behalf. This document explicitly DOES give your agent the power to accept or receive any of your property, in trust or otherwise, as a gift, without the need to specifically authorize the agent to accept or receive a gift. These actions are done in an effort to benefit all parties and to better administer the survival of both persons in an effort to expand the survival potential of both persons perpetually into the future. Principal has FULL and UTTER trust in the agent to operate entirely in absolutely EVERY area in all of existence without rules or regulations. Principal FULLY comprehends the tremendous risk and has read this entire document in extensive detail, taking care to clear up the definitions of any words and clarify all aspects of this document. This document is a contract, made under the willful and total cognizance, of total and absolute governance by (your name).

Your agent will have the right to receive reasonable payment for services provided under this durable power of attorney unless you provide otherwise in this power of attorney.

The powers you give your agent will continue to exist even beyond your entire lifetime, unless you state that the durable power of attorney will last for a shorter period of time or unless you otherwise terminate the durable power of attorney. The powers you give your agent in this durable power of attorney will continue to exist even if you can no longer make your own decisions respecting the management of your property. Since the principal is an ens legis, easily identified by what is called the "Social Security Number," it could be assumed that this person never actually lived to begin with and thus never had a "lifetime" of which to speak about in this agreement. None of that negates the binding aspect of this DPOA.

You can amend or change this durable power of attorney only by executing a new durable power of attorney or by executing an amendment through the same formalities as an original. You have the right to revoke or terminate this durable power of attorney at any time, so long as you are competent.

This durable power of attorney must be dated and must be acknowledged before a notary public or signed by two witnesses. If it is signed by two witnesses, they must witness either (1) the signing of the power of attorney or (2) the principal's signing or acknowledgment of his or her signature. A durable power of attorney that may affect real property should be acknowledged before a notary public so that it may easily be recorded.

You should read this durable power of attorney carefully. When effective, this durable power of attorney will give your agent the right to deal with property that you now have or might acquire in the future. The durable power of attorney is important to you. If you do not understand the durable power of attorney, or any provision of it, then you should obtain the assistance of an attorney or other qualified person.

NOTICE: THIS IS A PRIVATE POWER OF ATTORNEY BEING EXECUTED IN THE NATION CALLED THE AMNESTY COALITION AND IS APPLICABLE IN ALL STATUTORY SITUATIONS VIA NATURALIZATION FROM 8 USC 1101(a)(23) OR BY ANY OTHER MEANS. THIS DPOA APPLIES TO COMMON LAW, NON-STATUTORY APPLICATIONS, AS WELL AS STATUTORY SITUATIONS IN THE UNITED STATES OR ELSEWHERE. THIS AGREEMENT APPLIES TO ABSOLUTELY ANYTHING AND ANYPLACE.

I, WENDY NADINE FITZGERALD PALMER  non-residence mailing address of (your address), hereby appoint (Queen Y'Dnew de Palma , TTE , domiciled at PHILADELPHIA, PA, as my attorney-in-fact ("Agent") to exercise the powers and discretions described below.

This Power of Attorney shall not be affected by my subsequent incapacity.

As per trademark serial number: (trademark number here), I hereby release all security and bond creation to (your name)/agent. This trademark, even if made void, canceled or changed, signifies that only (your name)/agent has the capacity to decide on my ability or decision to contract in absolutely any way in commerce.

I hereby revoke any and all general powers of attorney and special powers of attorney that previously have been signed by me. This agreement hereby replaces the earlier one that I had with (your name).

My Agent shall have full power and authority to act on my behalf. This power and authority shall authorize my Agent to manage and conduct all of my affairs and to exercise all of my legal rights and powers, including all rights and powers that I may acquire in the future. My Agent's powers shall include, but not be limited to, the power to:

1. Open, maintain or close bank accounts (including, but not limited to, checking accounts, savings accounts, and certificates of deposit), brokerage accounts, retirement plan accounts, and other similar accounts with financial institutions.

a. Conduct any business with any banking or financial institution with respect to any of my accounts, including, but not limited to, making deposits and withdrawals, negotiating or endorsing any checks or other instruments with respect to any such accounts, obtaining bank statements, passbooks, drafts,

money orders, warrants, and certificates or vouchers payable to me by any person, firm, corporation or political entity. I also permit (your name) to assign, create, eliminate and FULLY control any and all UCC1 filings, UCC3 fillings, security interests, etc on my behalf.

b. Add, delete or change beneficiaries to any financial accounts I own including insurance policies, annuities, retirement accounts, payable on death savings or checking accounts or other investments.

c. Perform any act necessary to deposit, negotiate, sell or transfer any note, security, or draft of the United States of America, including U.S. Treasury Securities. This includes any non-US notes, securities, drafts, etc.

d. Have access to any safe deposit box that I might own, including its contents.

2. Provide for the support and protection of myself, my spouse, or of any minor child I have a duty to support or have established a pattern of prior support, including, without limitation, provision for food, lodging, housing, medical services, recreation and travel.

3. Sell, exchange, buy, invest, or reinvest any assets or property owned by me. Such assets or property may include income producing or non-income producing assets and property.

4. Take any and all legal steps necessary to collect any amount or debt owed to me, or to settle any claim, whether made against me or asserted on my behalf against any other person or entity.

5. Enter into binding contracts on my behalf.

6. Maintain and/or operate any business that I may own.

7. Employ professional and business assistance as may be appropriate, including attorneys, accountants, and real estate agents.

8. Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of my property (now owned or later acquired) including, but not limited to, real estate and real estate rights (including the right to remove tenants and to recover possession). This includes the right to sell or encumber any homestead that I now own or may own in the future.

9. Prepare, sign, and file documents with any governmental body or agency, including, but not limited to, authorization to:

a. Prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies.

b. Obtain information or documents from any government or its agencies, and represent me in all tax matters, including the authority to negotiate, compromise, or settle any matter with such government or agency.

c. Prepare applications, provide information, and perform any other act reasonably requested by any government or its agencies in connection with governmental benefits (including medical, military and social security benefits), and to appoint anyone, including my Agent, to act as my "Representative Payee" for the purpose of receiving Social Security benefits.

10. Make gifts from my assets to members of my family and to such other persons or charitable organizations with whom I have an established pattern of giving (or if it is appropriate to make such gifts for estate planning and/or tax purposes), to file state and federal gift tax returns, and to file a tax election to split gifts with my spouse, if any. No Agent acting under this instrument, except as specifically authorized in this instrument, shall have the power or authority to (a) gift, appoint, assign or designate any of my assets, interests or rights, directly or indirectly, to such Agent, such Agent's estate, such Agent's creditors, or the creditors of such Agent's estate, (b) exercise any powers of appointment I may hold in favor of such Agent, such Agent's estate, such Agent's creditors, or the creditors of such Agent's estate, or (c) use any of my assets to discharge any of such Agent's legal obligations, including any obligations of support which such Agent may owe to others, excluding those whom I am legally obligated to support.

11. To transfer any of my assets to the trustee of any revocable trust created by me, if such trust is in existence at the time of such transfer.

12. To utilize my assets to fund a trust not created by me, but to which I have either established a pattern of funding, or to fund a trust created by my Agent for my benefit or the benefit of my dependents, heirs or devisees upon the advice of a financial adviser.

13. To create, sign, modify or revoke any trust agreements or other trust documents in an attempt to manage or create a trust that was created for my benefit or the benefit of my dependents, heirs or devisees. This shall include the creation, modification or revocation of any inter vivos, family living, irrevocable or revocable trusts.

14. To exercise fiduciary responsibilities that I have a right to delegate.

15. Subject to other provisions of this document, my Agent may disclaim any interest, which might otherwise be transferred or distributed to me from any other person, estate, trust, or other entity, as may be appropriate. However, my Agent may not disclaim assets to which I would be entitled, if the result is that the disclaimed assets pass directly or indirectly to my Agent or my Agent's estate. Provided that they are not the same person, my Agent may disclaim assets which pass to my Gift Agent, and my Gift Agent may disclaim assets which pass to my Agent.

16. Have access to my healthcare and medical records and statements regarding billing, insurance and payments.

17. Act on my behalf for the purposes of managing, distributing, and terminating my digital assets. For the purposes of this Power of Attorney, digital assets shall mean electronic assets that are stored on my computers, electronic devices, or on any online account, as identified in the Digital Assets Memorandum of this Power of Attorney. Online accounts include, but are not limited to, social-networking sites, online backup services, servers, email accounts, photo and document sharing sites, financial and business accounts, domain names, virtual property, websites, and blogs. The Digital Assets Memorandum, with associated websites, usernames, passwords, and related information, is hereby incorporated by reference into this Power of Attorney and shall be distributed to my Agent designated in this Power of Attorney. My Agent shall have the power and authority to manage, conduct, and to exercise all of my legal rights and powers relating to my digital assets, including all rights and powers that I may acquire in the future. My Agent's powers shall include, but not be limited to, the power to access, download, and backup digital assets, convert my file formats, access any and

_____
WENDY NADINE FITZGERALD PALMER /principal

Witness Signature: _____
Name: _Jeffrey Pennell_
City: _Ardmore_
State: _PA_


Witness Signature: _Valerie M. Thomas_
Name: _Vicky Thomas._
City: _Ardmore_
State: _PA_


A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF PENNSYLVANIA,
COUNTY OF PHILADELPHIA

On _October 26, 2024_ before me, _Joseph F. Stefankiewicz, Notary,_ personally appeared WENDY NADINE FITZGERALD PALMER, Beneficiary; who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Pennsylvania that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.


_____ (Notary Seal)
Signature of Notary Public

Commonwealth of Pennsylvania - Notary Seal
JOSEPH F STEFANKIEWICZ - Notary Public
Chester County
My Commission Expires February 14, 2027
Commission Number 1159690

This document was prepared by:
Queen Y'dnew de Palma, Trustee/ Wendy Nadine Fitzgerald Palmer /agents

**MGC Mortgage, Inc.**
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

Statement Date: 07/16/2024

| Property Address: | 7510 WOODCREST AVE |
| | PHILADELPHIA PA 19151 2704 |

| Account Number | 1424085643 |
| **Past Due - Immediate Payment Required** | |
| Amount Due (as of 07/16/2024) | **$12,569.92** |
| (Good through 07/24/2024) | |

+ 0462064 000000727 049041 00919832
WENDY N PALMER
7510 WOODCREST AVE
PHILADELPHIA, PA 19151

| Contact Us | 1-877-471-7888 |

### Account Information

| Outstanding Principal Balance | $68,931.93 |
| Deferred Balance | $8,679.90 |
| Current Escrow Account Balance | -2,975.08 |
| Interest Rate | 4.000% |
| Prepayment Penalty | No |

### **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of July 16, you are 350 days delinquent on your mortgage loan.

**Recent Account History:**

| Payment Due | Payment Status |
|---|---|
| 07/01/2024 | Unpaid balance of $845.96 |
| 06/01/2024 | Unpaid balance of $845.96 |
| 05/01/2024 | Unpaid balance of $845.96 |
| 04/01/2024 | Unpaid balance of $845.96 |
| 03/01/2024 | Unpaid balance of $845.96 |
| 02/01/2024 | Unpaid balance of $845.96 |
| **TOTAL Due (as of 07/16/2024)** | **$12,569.92** |

Good through 07/24/2024

You must pay this amount to bring your loan current. The amounts listed in the Payment Status column are past due periodic payments that may not include accrued fees, costs, and charges. The Total Due corresponds to the Reinstatement Amount and is the amount that will reinstate your loan.

You agreed to participate in the following Loss Prevention Program - N/A. The first notice or filing required by law for any foreclosure process has been made.

**Housing Counselor Information:** If you would like counseling or assistance, you can contact the following: US Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287. You can also select to receive counseling through the HOPE Hotline by calling 1-888-995-HOPE.

### Explanation of Amount Due

| Total Amount of Periodic Payments Past Due: | $10,125.96 |
| Total Fees Charged Since Last Statement | $0.00 |
| Total Fees Charged: | $2,443.96 |
| Reinstatement Amount (as of 07/16/2024): | $12,569.92 |
| Total Accelerated Amount (as of 02/15/2024): | $74,614.47 |

The Reinstatement Amount is good through 07/24/2024.
The Total Accelerated Amount is good through 07/24/2024.
NOTE: None of the amounts disclosed herein are payoff amounts. The acceptance of payments does not constitute a waiver by law or modification of any of our rights or remedies permitted by law and/or loan documents.

Reinstatement means bringing the loan current by paying the Reinstatement Amount shown above. Paying the Reinstatement Amount in accordance with the conditions explained herein will reinstate the loan. One condition of reinstatement is that charges, interest, fees, costs, advances, expenses, monthly payments, and other amounts that are incurred or billed between the date of this statement and the date the reinstatement payment is received are not waived and must still be paid. The Reinstatement Amount above does not contain any estimated fees or costs. Upon expiration of the good through date, you will need to contact us to obtain an updated Reinstatement Amount. Any amount received that is less than the Reinstatement Amount will not bring the loan current.

To reinstate the loan by 07/24/2024, contact us by email at Default.PIFREIN@yourmortgageonline.com or by phone at 1-877-471-7889 to obtain updated figures before submitting your payment.

Payment must be in cashier's check, certified check, or money order payable to MGC Mortgage, Inc. and sent to:

Mortgage Disposition
PO Box 653
Lake Zurich, IL 60047-0653

### Transaction Activity (1/1/2024 to 07/16/2024)

Transaction Activity Reflected on Page 2.

### Past Payments Breakdown

| Description | Paid Last Period | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

Please note: If you have enrolled in our automatic payment service, your payment will process as scheduled pursuant to the terms of your signed Authorization Form
This statement is provided for informational purposes pursuant to regulatory requirements established by the CFPB.

NOTICE TO CUSTOMERS WHO ARE IN BANKRUPTCY OR WHOSE OBLIGATION HAS BEEN DISCHARGED AND NOT REAFFIRMED; TO THE EXTENT YOUR ORIGINAL OBLIGATION WAS DISCHARGED, OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY UNDER TITLE 11 OF THE UNITED STATES CODE, THE INFORMATION IN THIS MORTGAGE STATEMENT IS FOR REGULATORY COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION. HOWEVER, CREDITOR RETAINS RIGHTS UNDER ITS SECURITY INSTRUMENT, INCLUDING THE RIGHT TO FORECLOSE ITS LIEN.
PLEASE SEE REVERSE FOR ADDITIONAL IMPORTANT NOTIFICATIONS.

---

WENDY N PALMER
7510 WOODCREST AVE
PHILADELPHIA, PA 19151 -

**PAYMENT COUPON**

Return This Portion
With Your Payment



| Amount Due | |
|---|---|
| Due as of 07/16/2024: | $12,569.92 |
| Good through 07/24/2024 | |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Loan Number: 1424085643
Past Due - Immediate Payment Required

☐ CHECK HERE IF YOUR ADDRESS INFORMATION HAS CHANGED AND COMPLETE FORM ON REVERSE SIDE.

Make Check Payable To:
MGC Mortgage, Inc.

Mortgage Disposition
PO Box 653
Lake Zurich, IL 60047-0653

1424085643111324311109501308012481

CERTIFIED MAIL

9589 0710 5270 1515 4459 56

Wendy N. Palmer, *aka* Wendy Palmer
7510 Woodcrest Avenue
Philadelphia, PA 19151

Dovenmuehle Mortgage, Inc. (SEC CIK: 0000875968)
1 Corporate Dr. St 360
Lake Zurich, IL 60047

Dovenmuehle Mortgage Inc (SEC CIK: 0000875968)
c/o MANLEY DEAS KOCHALSKI LLC
P.O. BOX 165028
COLUMBUS OH 43216-5028

MGC Mortgage, Inc.
1 Corporate Drive , Suite 360
Lake Zurich, IL 60047-8945

MGC Mortgage, Inc.
Jacob Cherner
7195 Dallas Pkwy
Plano, TX, 75024-4922

CLMG Corp.
7195 Dallas Parkway
Plano, TX 75024

Loan No: 1424085643

DATE \@ "M/d/yyyy h:mm am/pm" 8/24/2024 1:22 PM

Loan Number: 9701381023 (Dovenmuehle)
          1424085643 (MGC)

**REQUEST FOR VALIDATION**
inquiry dated February 9, 2024 (MGC); April 15, 2024 (MDK); August 07, 2024 (MGC);
02/07/2024; 06/07/2024 (Shellpoint):

: account no.: (none)

Greetings:

Thank you for your recent inquiries.  This is not a refusal to pay, but a notice that your
claim is disputed.  This is a **Request for Validation** made pursuant to the Fair Debt
Collection Practices Act 15 U.S.C. §§ 1692-1692p, and 12 C.F.R. Part 1006 – Regulation
F – Subpart B, with particular attention to § 1006.34.

Please be advised that I AM NOT requesting a "verification" that you have my mailing
address, I am requesting a "VALIDATION" that is, **competent evidence that I have
some contractual obligation to pay you.**



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Lake Zurich IL 60047

Certified Mail Fee  $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $0.73

Total Postage and Fees  $9.68

Sent To  William Mynatt CEO - MBC/Dorenmenhle

Street and Apt. No., or PO Box No.  Corp Dr #360

City, State, ZIP+4®  akezurich IL 60047-8945

PS Form 3800, January 2023          See Reverse for Instructions

| | |
|---|---|
| LNV Corporation<br>Plaintiff, | Court of Common Pleas · Conciliation Conference Date: July 18, 2024 |
| v. | Philadelphia County · Housing Counselor N/A<br>Housing Counseling Agency: N/A |
| Wendy Palmer<br>Defendant(s) | Docket No.<br>2404000049 · VIP Attorney:<br>Day Forward Case No. (51) · Other Attorney (include I.D. #) |

## ORDER FOR REMOVAL FROM CONCILIATION PROGRAM
### (Case to Proceed)

AND NOW, upon consideration of the information provided to the Court, it is hereby ORDERED and DECREED that this matter is removed from the Conciliation Program. Any stay in effect due to being in the Conciliation Program is lifted.

X This matter is removed from the Conciliation Program for the following reason (select one):

     X The failure of Defendant(s) to appear for a first Conciliation Conference.
     ☐ The failure of Defendant(s) to appear at a second or subsequent Conciliation Conference.
     ☐ The parties agree the subject property is non-residential and/or non-owner occupied.
     ☐ The unexcused failure of Defendant(s) to forward the required financial information to Plaintiff's counsel at least fourteen (14) days prior to today's date
     ☐ Conciliation conferences have been concluded.

     Plaintiff certifies that the Complaint and Case Management Order have been served on all Defendants as required by the Rules of Civil Procedure and that the Affidavit(s) of Service reflecting this has/have been placed on the docket. KMW (Initials of Plaintiff or Counsel for Plaintiff)

X And, it is further ORDERED and DECREED that (select one):

     X Defendant shall file a response to the Complaint no later than 11/15/2024 (minimum of 10 days from today's date). If no response is filed within such time, then Plaintiff must thereafter send a notice of its intention to take default judgment pursuant to Pa. R.C.P. 237.1 before taking a default judgment. A Case Management Conference will be scheduled. The conference does not alter the deadline to file a response to the Complaint.

     ☐ A response to the Complaint has been filed. A Case Management Conference will be scheduled.

     ☐ Sheriff's sale is currently scheduled for _____. The Sheriff's sale is postponed to _____. A Case Management Conference will not be scheduled.

_____ Date 7/18/24      _____ Date
Plaintiff or Counsel for Plaintiff      Defendant(s) or Counsel for Defendant(s)

NAME Katherine M. Wolf      NAME _____

ORFTA-Lnv Corporation Vs Palmer [CM]

BY THE COURT:

_____

24040004900008