IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUEEN Y'DNEW | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-5903 |
| | : | |
| LNV CORPORATION, *et al*. | : | |

## **ORDER**

AND NOW, this 6th day of January, 2025, in light of Plaintiff's failure to comply with the Court's Order dismissing the complaint and granting leave to amend (ECF No. 12), it is ORDERED the case is DISMISSED with prejudice for failure to prosecute.[1]

The Clerk of Court is DIRECTED to CLOSE this case.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] In the Order, the Court granted Plaintiff leave to amend the claims dismissed without prejudice by December 27, 2024. ECF No. 12. The Court explained that failure to file any response to the Order will result in dismissal of the case. *Id*. As of this order, Plaintiff has not filed a response. Accordingly, the case is dismissed.